**Ro**[logo]
Ed Day, [...]

OFFI[...]

Phone:

---

> APPLICATION GRANTED:
>
> Defendants' time to move for summary judgment is extended to **October 26, 2021**.
>
> Plaintiff shall file his opposition to defendants' motion for summary judgment by **December 6, 2021**.
>
> Defendants shall file their reply, if any, by **December 20, 2021**.
>
> Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.
> 10/7/2021

October 7, 2021

**VIA ECF**
Hon. Vincent L. Briccetti, U.S.D.J.
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601-4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/21

RE:   *Corderro Javon Jones v. Lt. Falco & Sgt. Carr*, Docket No. 20-cv-3485 (VB)

Dear Judge Briccetti:

Copies Mailed/Faxed 10/8/21
Chambers of Vincent L. Briccetti

As you know, this office represents the defendants ("Defendants") in connection with the above referenced matter.

As previously ordered by the Court, Defendants' motion for summary judgment is currently due for October 12, 2021. However, we have just been advised that the person with the authority to certify the medical records to be included in the record is away until Monday, October 18, 2021. As such, Defendants humbly request a two-week extension of time to file their motion. We sincerely apologize for any inconvenience.

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/Patrick Fischer
Patrick Fischer
Principal Assistant County Attorney
Direct Dial: (845) 638-5146
Email: fischepa@co.rockland.ny.us

cc:   Corderro Jones, *pro se* Plaintiff (via first class mail)