UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
CORDERRO JAVON JONES,
               Plaintiff,

v.

LT. FALCO and SGT. CARR,
               Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 3485 (VB)

   In support of their motion for summary judgment, defendants cite to a video recording of the incident underlying plaintiff's complaint. (See Doc. #33-5). Counsel provided a DVD of the recording to Chambers. (See Doc. #40). However, to view the recording, the Court must install proprietary software.

   The Court cannot review any media that requires installation of proprietary software. For the Court to view the recording, defense counsel must provide the recording to Chambers in a readily viewable format, such as, for example, an .mp4 file or other file viewable in Windows Media Player.

   To the extent defendants wish the Court to consider this video recording, defense counsel must provide it to Chambers in a format consistent with this Order by **August 16, 2022**. If counsel fails to do so, the Court will not consider the recording in rendering a decision on defendants' motion.

   Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: August 9, 2022
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge