UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CORDERRO JAVON JONES,
                Plaintiff,

v.

LT. FALCO and SGT. CARR,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 3485 (VB)

As discussed at a telephone conference held on the record today, at which plaintiff and counsel for defendants appeared, it is HEREBY ORDERED:

1. A status conference is scheduled for **December 13, 2022, at 12:30 p.m.** at the White Plains courthouse, Courtroom 620.

2. The parties are directed to discuss settlement in good faith.

3. Plaintiff shall advise the Court of any change of address in writing.

4. If plaintiff retains counsel before the next conference, his counsel is directed to attend the conference. However, if plaintiff has not retained counsel by the next conference, plaintiff must attend the conference in person.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: October 6, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge