Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CORDERRO JAVON JONES, :
           Plaintiff, :
: **ORDER**
v. :
: 20 CV 3485 (VB)
LT. FALCO and SGT. CARR, :
           Defendants. :
-----------------------------------------------------------x

      As discussed at a conference held on the record today, at which plaintiff, who is proceeding pro se, and counsel for defendants appeared, it is HEREBY ORDERED:

      1.    A case management conference is scheduled for **March 28, 2023, at 9:30 a.m.**, at the White Plains courthouse, Courtroom 620.

      2.    Plaintiff is strongly encouraged to make serious efforts to retain a lawyer in this case. If plaintiff retains counsel before the next conference, his counsel is directed to attend the conference. **However, if plaintiff has not retained counsel by the next conference, plaintiff must attend the conference in person**.

      3.    The parties are directed to continue discussing settlement in good faith.

      4.    Plaintiff shall advise the Court of any change of address in writing.

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 20, 2023
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge