UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CORDERRO JAVON JONES,
              Plaintiff,

v.

LT. FALCO and SGT. CARR,
              Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 3485 (VB)

       As discussed at a conference held on the record today, at which defense counsel appeared in person, and at which plaintiff, proceeding pro se, failed to appear without excuse or explanation, it is HEREBY ORDERED:

       1.    A case management conference is scheduled for **April 19, 2023, at 9:30 a.m.**, at the White Plains courthouse, Courtroom 620.

       2.    Plaintiff has failed to appear at scheduled conferences on December 13, 2022 (Doc. #56), and March 28, 2023, in contravention of Court Orders dated October 6, 2022 (Doc. #54), and January 20, 2023. (Doc. #60). **If plaintiff fails to appear at the conference on April 19, 2023, at 9:30 a.m., either in person or through counsel, without excuse or explanation, the Court will deem his failure to appear to be an abandonment of the case and will dismiss the case for failure to prosecute and comply with Court Orders. Fed. R. Civ. P. 41(b).**

       3.    If plaintiff is unable to appear at the conference on April 19, 2023, at 9:30 a.m., he must submit a request in writing to the Court by no later than April 14, 2023, for an adjournment of the date and/or time.

       4.    By April 17, 2023, defense counsel is directed to (i) contact plaintiff regarding the April 19, 2023, conference, and (ii) file a letter informing the Court of his efforts to contact plaintiff.

       5.    Plaintiff shall advise the Court of any change of address in writing.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: March 28, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.