UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CORDERRO JAVON JONES, :
                     Plaintiff, :
                                              : **ORDER**
v. :
                                              : 20 CV 3485 (VB)
LT. FALCO and SGT. CARR, :
                     Defendants. :
--------------------------------------------------------------x

       As discussed at a conference held today, at which counsel for both parties appeared, it is HEREBY ORDERED:

       1.     A case management conference is scheduled for **September 13, 2023, at 10:00 a.m.**, at the White Plains courthouse, Courtroom 620.

       2.     The parties are directed to discuss settlement in good faith.

       3.     By **July 25, 2023**, the parties shall submit a joint letter regarding (i) their proposed additional, limited discovery, including an estimate of when such discovery will be completed; and (ii) the status of settlement discussions, including whether referral to the Court-annexed Mediation Program or a Magistrate Judge for a settlement conference would be fruitful.

Dated: July 11, 2023
       White Plains, NY

                                                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge